UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:13-00007 |
| | ) | JUDGE CAMPBELL |
| BILLY SCOTT BENNETT | ) | |

ORDER

Pending before the Court is the Government's Motion to Reset Status Hearing (Docket No. 10). Through the Motion, the Government seeks to reset the status conference, currently set for March 8, 2013, because counsel is expected to be out of the district on that date.

The Motion is GRANTED. The status conference is RESET for March 11, 2013, at 9:30 a.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE